IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ROLAND RAMOS, # 894721 | § § § |
| v. | §   CIVIL ACTION NO. G-03-975 § § |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § § § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on January 8, 2007. Petitioner has filed his Objections in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion for Summary Judgment (Instrument No. 25) is **GRANTED**; and the Petition for a Writ of Habeas Corpus of Roland Ramos (Instrument No. 1) is **DISMISSED** with prejudice in its entirety.

**DONE** at Galveston, Texas this 2nd day of February, 2007.

_____
Samuel B. Kent
United States District Judge